John F. Weinheimer, Appellant, v. Alexander J. Ross and Others, Respondents.— Judgment affirmed, without costs. All concurred.

Irving L. Spaven, Appellant, v. The M. A. Talbot Company, Respondent.— Judgment affirmed, with costs. All concurred.

Frank H. Bidwell, Appellant, v. James C. Cummings, Respondent.— Judgment affirmed, with costs. All concurred, except Kruse, P. J., and Lambert, J., who dissented.

Jennie Kinsella, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred. ·

The People of the State of New York, Respondent, v. Joe Vacanti, Appellant.— Judgment of conviction affirmed. All concurred.

Onofrio Curro, Respondent, v. New York, Ontario and Western Railway Company, Appellant.— Judgment and order reversed and complaint dismissed, with costs, including the costs of this appeal. Held, that plaintiff failed to show that he was free from contributory negligence, and the motion for the direction of a verdict for the defendant should have been granted. All concurred.

Julius Schwartz, Respondent, v. Hooker Electro Chemical Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. ·

James E. Mathewson, Appellant, v. New York Central and Hudson River Railroad Company, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. ·

Donald D. Boyd, Respondent, v. Buffalo Steam Roller Company, Appellant.— Motion granted and appeal dismissed, with costs, including ten dollars costs of this motion.